No. 28,147.

FLORA R. STIDHAM, *Appellee*, v. THE STATE BANK OF ESBON et al., *Appellants*.

(270 Pac. 594.)

Amplification of opinion filed October 6, 1928.

*J. T. Reed, F. W. Mahin,* both of Smith Center, *A. M. Harvey* and *Randall C. Harvey,* both of Topeka, for the appellants.

*R. W. Turner* and *D. F. Stanley,* both of Mankato, for the appellee.

The opinion of the court was delivered by

MARSHALL, J.: An opinion in this action was filed June 9, 1928, *Stidham v. State Bank,* 126 Kan. 336, 268 Pac. 106. An application to modify that opinion has been filed by the defendant. The opinion is adhered to, but the following is added to it: The plaintiff can recover for injury to herself only—she cannot recover for any injury to the bank of which she was a stockholder. Her cause of action is entirely independent of any cause of action in favor of that bank.

HARVEY, J., not sitting.